# Court of Appeals
# of the State of Georgia

ATLANTA, _July 25, 2013_

*The Court of Appeals hereby passes the following order:*

**A13D0469.  WILLIAM TERRENCE MURRAY v. THE STATE.**

William Terrence Murray filed this application for discretionary appeal seeking review of a municipal court order transferring a criminal matter to the state court. Such a transfer order is not a final order. See *Wright v. Millines*, 212 Ga. App. 453 (442 SE2d 304) (1994); *Griffith v. Georgia Bd. of Dentistry*, 175 Ga. App. 533 (333 SE2d 647) (1985). Accordingly, Murray was required to comply with the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  See id. Murray's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _07/25/2013_
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.